**Opinion issued April 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00531-CV

————————————

**ASHLEY WOODIEL, Appellant**

**V.**

**JARROD SMITH D/B/A THE LAW OFFICES OF JARROD D. SMITH, Appellee**

---

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Case No. 134897-CV**

---

## MEMORANDUM OPINION

The parties, representing that they have reached a settlement agreement resolving their underlying dispute, have filed an agreed motion to dismiss the appeal. The parties have agreed that they will bear their own appellate costs. *See* TEX. R. APP. P. 42.1(d). Counsel for both parties have signed the motion. No

cross-appeal has been filed, and no opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We direct the Clerk for this Court that costs are to be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss any pending motions as moot.

PER CURIAM

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.